# Court of Appeals
# of the State of Georgia

ATLANTA,  October 28, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0078.  NOLAN WEBB et al. v. U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST.**

This case began as a dispossessory proceeding in magistrate court, which entered a writ of possession in favor of the plaintiff. Defendant Nolan Webb[1] appealed to the superior court, which dismissed the appeal as untimely in an order entered on September 24, 2015. On October 5, 2015, Webb filed the instant application for discretionary appeal in this Court.[2] We lack jurisdiction.

Generally, an application for discretionary appeal may be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). The underlying subject matter of an appeal, however, controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter here is a dispossessory judgment. Under OCGA § 44-7-56, an appeal from a dispossessory judgment must be filed within 7 days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga.

---

[1] Webb's first name also appears as "Noland" in various filings.

[2] The instant application indicates that an additional entity—"ANGEL GIFT 25 TRUST"—also seeks discretionary review of the superior court's order. It is unclear whether this entity was a party to the proceedings below. In any event, Webb, a non-lawyer, is the only party who signed the instant application. He thus is the sole applicant because, as a non-attorney, he may not file an appeal on behalf of other parties. See *Aniebue v. Jaguar Credit Corp.*, 308 Ga. App. 1, 1 n.1 (708 SE2d 4) (2011).

App. 521, 522-523 (521 SE2d 456) (1999). Webb's October 5 application for discretionary appeal in this Court is untimely, as it was filed 11 days after the superior court's order dismissing his appeal from the magistrate court. Accordingly, we lack jurisdiction to review this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*___10/28/2015___
  *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____, *Clerk.*